FILED: February 16, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4748
(7:12-cr-00007-MFU-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANTHONY MOLETTE CHARLES

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 03/09/2016

Opening brief due: 03/09/2016

Response brief due: 04/04/2016

Any reply brief: 10 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk